# UNITED STATES DISTRICT COURT

### for the

**FILED**

**AUG 2 2 2025**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ NM _____ DEP CLK

Western Division

CLASS ACTION LAWSUIT

ISAIAH GREEN, JR, AND
ANDREW LANIER

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

MAYOR OF RALEIGH, N.C.
JANET COWELL

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __5:25-CV-00514-BO__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

EXCLUSION OF ALL
UNITED STATES DISTRICT
COURTS

U.S. SUPREME COURT
REQUESTED
ONLY

U.S. CONST. LAW — 14TH + 15TH
AMENDMENTS

## COMPLAINT FOR A CIVIL CASE

(A CLASS COMPLAINT)
* NO ATTORNEY *

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — ISAIAH GREEN, JR.
Street Address — 2600 HOLIDAY DR.
City and County — RALEIGH — WAKE COUNTY
State and Zip Code — NORTH CAROLINA 27610
Telephone Number — 919 772-1798 VOICEMAIL
E-mail Address — 919 857-7108 CELL
NO E-MAIL ADDRESS

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

**PLAINTIFF No. 1**

Name                                   ISAIAH GREEN, JR.

Job or Title *(if known)*               CLERGYMAN

Street Address                         2600 HOLIDAY DR,

City and County                        RALEIGH — WAKE

State and Zip Code                     NORTH CAROLINA   27610

Telephone Number                      919 772-1798 OR 919 857-7108

E-mail Address *(if known)*            NONE

**PLAINTIFF No. 2**

Name                                   LARRY AND VICKIE STANFORD

Job or Title *(if known)*               RETIRED

Street Address                         2720 HOLIDAY DR.

City and County                        RALEIGH — WAKE

State and Zip Code                     NORTH CAROLINA   27610

Telephone Number                      919 796-7011

E-mail Address *(if known)*            LSTAN2720 @ HOTMAIL. COM

**PLAINTIFF No. 3**

Name                                   DOROTHY NICKSON

Job or Title *(if known)*               UNKNOWN

Street Address                         5021 ROYAL ACRES ROAD

City and County                        RALEIGH — WAKE

State and Zip Code                     NORTH CAROLINA   27610

Telephone Number                      862-253-9757 (RELATIVE)

E-mail Address *(if known)*            UNKNOWN

**PLAINTIFF No. 4**

Name                                   GAIL DURHAM

Job or Title *(if known)*               UNKNOWN

Street Address                         3716 BARWELL ROAD

City and County                        RALEIGH — WAKE

State and Zip Code                     NORTH CAROLINA

Telephone Number

E-mail Address *(if known)*            UNKNOWN

(2) CONTINUING

PLAINTIFF NO. 5

JONATHAN MANLEY
DETENTION OFFICER
3916 BARWELL ROAD
RALEIGH, WAKE
NORTH CAROLINA 27610
TELEP. NO. UNKNOWN
UNKNOWN - EMAIL

PLAINTIFF NO. 6

ANDREW LANIER / Class
ELECTRICIAN
3308 BARWELL ROAD
RALEIGH - WAKE
NORTH CAROLINA 27610
919 442 - 9531
UNKNOWN - EMAIL

Andrew Lanier Participant
8/20/2025

PLAINTIFF NO. 7
MARY W. GOODSON
UNKNOWN
3924 BARWELL ROAD
RALEIGH - WAKE
NORTH CAROLINA 27610
TELEP NO. UNKNOWN
UNKNOWN - EMAIL

PAGE (2) CONTINUATION

PLAINTIFF NO. 8

THOMAS MORGAN
RETIRED/DISABLE
5113 ROYAL ACRES ROAD
RALEIGH - WAKE
NORTH CAROLINA 27610
TELEP. NO. UNKNOWN
UNKNOWN - EMAIL


PLAINTIFF NO. 9

MILTON STROUD
RETIRED/DISABLE
        BARWELL ROAD
RALEIGH - WAKE
NORTH CAROLINA 27610
TELEP. NO. UNKNOWN
UNKNOWN - EMAIL

THERE IS AN AFRICAN AMERICAN ELDERLY WIDOW BY
THE NAME OF PATRICIA CLARK WHO LIVES AT
5124 ROYAL ACRES ROAD WHO IS INCOMPETENT IN
MEMORY TO HAVE THE ABILITY TO FILE A FORMAL
COMPLAINT IN THIS MATTER, BUT IS ENTITLED TO
ALL RESTITUTION GRANTED BY THE COURT IN THIS
RACIAL SUPPRESSION DIABOLICAL FEDERAL LAW
CIRCUMVENTING PERPETRATED AGAINST THE AFRICAN
AMERICAN CITIZENS INTENTIONAL HARMED IN THOSE
FEDERAL LAW VIOLATIONS PRESENTED IN THIS COMPLAINT.

PAGE (2) COMPLETION

DEFENDANT:

JANET COWELL / MAYOR OF RALEIGH, N.C.
222 W. HARGETT ST.
RALEIGH, N.C. 27601

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

☒ *TO PRESENT OUR CIVIL RIGHTS CASE BEFORE THE UNITED STATES SUPREME COURT*

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *THE COMPLAINANTS HAVE KNOWLEDGE OF THE UNITED STATES CONSTITUTIONAL AMENDMENTS — THE 14TH AND 15TH AMENDMENTS WHICH WE ARE DENIED IN VOTER SUPPRESSION BY THE MAYOR OF RALEIGH AND HER COUNCIL (PLANNING COMMISSION)*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Case 5:25-cv-00514-BO-KS    Document 1    Filed 08/22/25    Page 6 of 10

b. If the defendant is a corporation

The defendant, *(name)* _CITY OF RALEIGH_ , is incorporated under

the laws of the State of *(name)* _NORTH CAROLINA_ , and has its

principal place of business in the State of *(name)* _NORTH CAROLINA_ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE AMOUNT OF MONEY CAN EXCEED BILLIONS OF DOLLARS BECAUSE OF DAMAGE TO PROPERTY SEEN AND SOME PERHAPS UN SEEN AT THIS TIME BECAUSE OF DYNA— MITING NEAR OUR PROPERTY - REAL AND PERSONAL PROPERTY - SAME GRANTED IN A PERMIT TO BUILDERS ISSUED BY THE CITY OF RALEIGH AUTHORITIES.

## III. Statement of Claim
(SEE ATTACHMENT)

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE CLAIM IS FULL RESTITUTION OF ALL PRESENT SEEN DAMAGES / THAT IS TREBLE DAMAGES RESTITUTION BECAUSE THIS WAS MALICIOUS AND INTENTIONAL DAMAGES PERMITTED BY THE CITY OF RALEIGH. PREDOMINANTLY BLACK CITIZENS WAS DENIED THE RIGHT TO VOTE IN THIS CONSTRUCTION BUILDING PROJECT AND SIMILAR PROJECTS WHICH THE WHITE RACIST GOVERNMENT IN RALEIGH JUST PUSHED DOWN OUR THROATS AND SUPPRESSED OUR VOTING RIGHTS.

## IV. Relief
(SEE ATTACHMENT)

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLAINTIFFS ARE ASKING IN THIS COMPLAINT WHERE HOMES HAVE ANY DAMAGE, THAT THE FULL VALUE OF THE HOME IN COST BE PAID FOR BY THE CITY OF RALEIGH. THIS SHOULD HAVE BEEN IN PLACE BEFORE ANY DYNAMITING WAS PERMITTED. SECONDLY, ANY AN ALL HEALTH ISSUES ARISING FROM THIS ISSUE BE PAID FOR BY THE CITY OF RALEIGH, INCLUDING DEATH.

Case 5:25-cv-00514-BO-KS    Document 1    Filed 08/22/25    Page 7 of 10

**III. STATEMENT OF CLAIM. ADDITIONAL TO PAGE 4 OF 5**

THE BUILDING PERMITS ISSUED TO HALLE CONSTRUCTION GROUP AND THE TOLL BROTHERS IN THE CONSTRUCTION OF OLD TOWNE REGENCY HAVE CAUSED IRREPARABLE HARM TO OUR PREDOMINANTLY AFRICAN AMERICAN COMMUNITY FOR THE PURPOSE TO SATISFY THE GREED OF THE WHITE MAN.

IN THE CONSTRUCTION OF THESE NEW HOMES RANGING AT THE INITIAL COST OF OVER FOUR HUNDRED THOUSAND DOLLARS AND PROCEEDING ABOVE FIVE HUNDRED AND FIFTY THOUSAND DOLLARS, IS A CATALYST TO CRIPPLE OUR COMMUNITY, PUT US IN A PROPERTY TAX BRACKET THAT US ELDERLY CITIZENS CAN NOT PAY, WITH THE AUTHORITIES HAVING THIS KNOWLEDGE, PUTTING US IN POSITIONS WHERE WE CAN NOT AFFORD HOMEOWNERS INSURANCE, SUBJECTING US TO THE AFTERMATH OF DYNAMITING DAMAGES AND POSSIBLE QUAKING OF THE EARTH BECAUSE THE AREA IS A KNOWN ROCK VEIN THAT EXTEND BEYOND THE AREA OF SOUTHEAST RALEIGH. NONE OF THIS IS FABRICATED, BUT TRUTH TO THE WHITE GOVERNMENT AUTHORITIES WHO HAVE PERMITTED TO OCCUR UNLAWFULLY BY UNITED STATES FEDERAL CONSTITUTIONAL AMENDMENTS.

AND BECAUSE AS EARLY ON AS APRIL 22ND, 2025, WE THE PREDOMINANTLY BLACK CITIZENS HAVE COMPLAINED TO MADAM PAM BONDI OF THE UNITED STATES DEPARTMENT OF JUSTICE IN THIS MATTER AND IS REQUESTING A TWENTY (20) YEAR RELIEF OF ALL REAL AND PROPERTY TAXES IMPOSED ON PROPERTY OWNERS IMPACTED BY THE DYNAMITING PERMITTED IN AN UNLAWFUL BUSINESS PRACTICE TRANSACTION PROHIBITED BY THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

(5)

IV. RELIEF - CONTINUATION

EVERY CITIZEN OF SOUTHEAST RALEIGH, INCLUDING THE CHILDREN THAT WAS DISTURBED NIGHTLY FOR THE LAST THREE YEARS OF THE ALL NIGHT HAMMERING OF THE ROCK DRILLING MACHINERY, BE COMPENSATED IN U.S. CURRENCY BY THE CITY OF RALEIGH WHO PERMITTED SUCH ATROCITY WHICH VIOLATES THE FOURTEENTH AMENDMENTS FUNDAMENTAL PRIVILEGES AND IMMUNITIES BELONGING OF RIGHT TO THE CITIZENS OF ALL FREE GOVERNMENTS WHICH INCLUDE THE CITY OF RALEIGH, SUCH AS THE RIGHT OF LIFE, AND LIBERTY. THE RIGHT TO ACQUIRE PROPERTY, NOT THAT A GROUP OF WHITE SUPREMIST DICTATING BY GOVERNMENT SELFISH DESIRE TO DRIVE ME OFF MY PROPERTY AS THEY HAVE DONE IN THE PAST TO THE AMERICAN INDIANS.

THIS IS NOT THE 1600's, 1700's, 1800'S, NOR THE 1900's, THIS IS 2025 AND WE DO HAVE FEDERAL GUIDELINING LAWS THAT SUPERSEDE MAYOR JANET COWELL RACIST IDEOLOGY AND U.S. CONGRESS WOMAN DEBORAH K. ROSS CLOSED EYES, CLOSED EARS, CLOSED HEART, AND A STITCHED UP MOUTH AFTER BLACK PEOPLE VOTED FOR HER TO REPRESENT THE BLACK CITIZENS OF SOUTHEAST RALEIGH, AND IS NOW IN HIDDING FROM RESPONSIBILITY.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *August 22ⁿᵈ, 2025*

Signature of Plaintiff  *Isaiah Green Jr.*

Printed Name of Plaintiff  *ISAIAH GREEN, JR.*

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____