IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:25-cv-00514-BO

| | | |
|---|---|---|
| ISAIAH GREEN, JR. and<br>ANDREW LANIER,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>JANET COWELL, Mayor of the City of<br>Raleigh,<br><br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION TO DISMISS**<br><br>(Fed. R. Civ. P. 12(b)(6)) |

NOW COMES defendant Janet Cowell, Mayor of the City of Raleigh (hereinafter, "Mayor Cowell"), by and through undersigned counsel, and moves to dismiss the Complaint [Compl., D.E. 1] pursuant to Fed. R. Civ. P. 12(b)(6). In support of this motion, Mayor Cowell shows the Court that the Complaint fails to state any claim upon which relief can be granted, including but not limited to any claims against her pursuant to 42 U.S.C. § 1983.

WHEREFORE, Mayor Cowell respectfully requests that:

1. This action be dismissed with prejudice; and,

2. For such other and further relief as the Court deems just and proper.

This the 24th day of October 2025.

> **CITY OF RALEIGH**
> **Karen McDonald**
> **City Attorney**
>
> By:　/s/　Hunt K. Choi
> 　　　HUNT K. CHOI
> 　　　Deputy City Attorney
> 　　　NC State Bar No. 24172
> 　　　Post Office Box 590
> 　　　Raleigh, North Carolina 27602

1

Telephone:  (919) 996-6560
Facsimile:  (919) 996-7021
*Counsel for Defendant*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 24th day of October 2025, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system and that I have mailed the document to the following non CM/ECF participants:

| | |
|---|---|
| Isaiah Green, Jr.<br>2600 Holiday Dr.<br>Raleigh, NC 27610<br>919-772-1798<br>*Plaintiff Pro Se* | Gary Fulford<br>for Mother Patricia Clark<br>3035 Richward Place<br>Raleigh, NC 27606<br>*Interested Party Pro Se* |
| Andrew Lanier<br>3308 Barwell Rd.<br>Raleigh, NC 27610<br>919-422-9531<br>*Plaintiff Pro Se* | Alexis Nickson<br>for Grandmother Dorothy Nickson<br>5021 Royal Acres Rd.<br>Raleigh, NC 27610<br>*Interested Party Pro Se* |
| Larry Stanford<br>2720 Holiday Dr.<br>Raleigh, NC 27610<br>*Interested Party Pro Se* | Mary Wiggins Goodson<br>3924 Barwell Road<br>Raleigh, NC 27610<br>*Interested Party Pro Se* |

Respectfully submitted,

**CITY OF RALEIGH**
**Karen McDonald**
**City Attorney**

By:    <u>/s/ Hunt K. Choi</u>
        HUNT K. CHOI
        Deputy City Attorney
        NC State Bar No. 24172
        Post Office Box 590
        Raleigh, North Carolina 27602
        Telephone: (919) 996-6560
        Facsimile: (919) 996-7021
        *Counsel for Defendant*