FOR The EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

FILE NO. : 5-25-CV-00514-BO

**FILED**

NOV 07 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____MM_____DEP CLK

ISAIAH GREEN, JR. and
ANDREW LANIER,

Plaintiffs/Pro Se

VS.

JANET COWELL, Mayor of the City

OF Raleigh, North Carolina

Plaintiffs Motion Of Denial Response Rejecting Defendant's Request To Dismiss Civil Rights Complaint/File No.

5:25-CV-00514-BO

Be it known to all men/women, that the plaintiffs Pro Se litigants in the United States Federal District Court Case , Case No. 5:25-cv-00514 -BO submit a timely response to the defendant's motion to dismiss same in this viable civil rights complaint against her is being denied.  The plaintiffs Pro Se litigants is requesting that this federal district court authorities  take into full consideration what the defendant Mayor Janet Cowell, the Mayor of the city of Raleigh, North Carolina have submitted as being part of the court record is not a justifiable reason to dismiss the plaintiffs Pro Se case.

The court is being properly addressed in this motion of the plaintiffs pro se case response  is that no court overstep its federal mandate boundaries to satisfy any violator of federal civil rights laws to protect anyone who intentionally circumvent governing federal laws  that protect the citizens of all races and not just a select segment of this country population.

There is nothing that the defendant , Mayor Janet Cowell of the city of Raleigh, North Carolina can present in any form of written correspondence documentation that would be a justifiable reason for her to be granted any dismissal advantages under federal law in this civil rights case. To grant such a request in a matter such as is before the public would trigger a civilian outrage from civil rights advocates of all races of people who are upright standing law abiding  citizens.

The courts already see how the defendant , Mayor Janet Cowell have critiqued her motion for dismissal in a methodical way to make it appear that her request for the dismissal of the civil rights case alleged against her is without merit, which is completely not true.

Everyone see how she has gone about her reason to have the case dismissed.  She proclaims that the case be dismissed with prejudice, killing the case dead in all avenues that no courts can here the evidence of facts about the case.  Secondly she desire an honorable court to give her relief from the alleged allegations as THE COURT SEE FIT.

Those are the two things /reasons that she is requesting the COURT to consider for her relief from the predominantly African American taxpaying citizens from Southeast Raleigh who have complained against her of the United States Federal Constitutional Law violations that were perpetrated against them in violations of the 14th and 15th

amendments of the United States Constitutional Law. Mayor Janet Cowell offer no other reasons to support her dismissal request of this federal lawsuit.

The request consists of only twenty words. Ten of the words have less than five alphabetical characters.

From September 22/23, 2025 the Court complied with Mayor Janet Cowell time extending request until October 24th, 2025.

You will notice that the COURT met her request demand for the time extension, but you will also see with your own eyes that the COURT did not divide the time request to be equally fair with the African Americans Pro Se Litigants whose time is also important to them in this COURT MATTER. Some may say that this is not partiality shown, this is just how the COURT OF JUSTICE/OPERATE in the State of North Carolina.

On Page #2 of the Mayors motion to dismiss, you will see in plain view of her motion to dismiss the Civil Rights Complaint, that she alleges unspecified individuals suffered health issues "including DEATH", same being in the statement of FACTS.

Now everyone that have been following this case thus far, same being in a four part community story thus far has never revealed that anyone has died as a result of the unlawful dynamiting near the Olde Towne Regency Construction Building Project.

Everyone knows that this is incorrect and is not to be relied upon as truth. If such a thing had taken place in Southeast Raleigh as this , there would have been an outcry that would have echoed across America.

Everybody in the Southeast Raleigh community understand that there are people who live there which do not have an unblemished standing in the community, but we are not labeled as HOOD-RATS, and we do not accept HOOD-RATS treatment from anybody which include the GOVERNMENT at EVERY LEVEL. Our community is a grandfathered

Stick built Community and we are proud of it and the responsible honorable citizens who live in the neighborhood and retain our historical heritage for good works and not evil doings.

We have not been blindfold in our community even with the NCDOT Noose Case and other law related issues that have taken place that adversely impact our livelihood overtly.

The Federal Law is clear in this matter, and the violations of federal law perpetrated against the complainants in this case who are a protected class of citizens are sure that

the permitted dynamiting have for sure impacted their lives and love ones who reside near the Olde Towne Regency new construction building site.

It is also to be noticed that it was never confirmed in any correspondence relating to this federal lawsuit complaint against Mayor Cowell that any complaint reported a health contracted issue, but the possibility of same is a concern now and will continue to be. So what have been conveyed in a written form of health issues is another LIE.

In observation of Mayor Janet Cowell request for the dismissal of the lawsuit, you will find that she only listed six complainants which is absolutely incorrect.

There is another important issue here in this matter that Mayor Cowell did not address but it is very important for all to see and that is, she never addressed the filing of a counterclaim against the Plaintiffs Pro Se as an independent cause of Action, and the reason being is that the Allegations against her are true. She already understand the magnitude of the civil rights constitutional law committed violations that have been committed are violations before all and that no Judge can exonerate her lawfully in any just court in this country. The facts of law speak for itself dogmatically and emphatically without apology. In the Plaintiffs Pro Se conclusion denying the defendants dismissal request as outlined on Page #1 of her written request with the written summary conclusion is as follows: Every case that is set forth in ANY CASE LAW SCENARIO PROCEEDINGS that has been tried before any federal court and judges or justices were cases tried upon independent foundations which is factual. (None of the cases are the same), and so it is with United States District Court Case File No. 5:25-cv-00514-BO.

Also be advised that it was never mentioned by the defendant Mayor Cowell, in her statement of facts that dynamiting is now essential in land preparation for the new construction of building houses in Wake County.

Be advised in closing that in view of the Defendant's statement of Claim opposition under ARGUMENT, see filed in the plaintiffs pro se original complaint which is located on Page No. 4, Section III, which is totally clear to the World that a claim is placed in the complaint, and also see Relief is also stated on Page No. 4, Section IV. So here again what we all see that is being offered in the REQUEST FOR A DISMISSAL of the CASE is absolutely FRUITLESS and without MERIT and certainly MISLEADING for a DISMISSAL OF THE CASE.

I am, Isaiah Green, Jr.

11/7/2025

Cc: USDOJ Atty Gen. Madam Pamela Bondi

USDOJ Asst. Atty Gen./US Pres. D.J. Trump/NAACP Pres. Johnson/All The Press&World